UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL SPORTS TURF, LLC,   )
                            )
    Plaintiff,              )
                            )   **Civil Action No.: 04-60241**
    v.                      )   Honorable Marianne O. Battani
                            )   Magistrate Judge R. Steven Whalen
FIELDTURF INTERNATIONAL, INC., and  )
FIELDTURF, INC.,            )
                            )
    Defendants.             )
_____)

John A. Artz (P 24679)
John S. Artz (P 48578)
Steven W. Hays (P 53786)
**ARTZ & ARTZ P.C.**
28333 Telegraph Road, Suite 250
Southfield, MI  48034
(248) 223-9500

*Attorneys for Plaintiff*
_____/

**MOTION REQUESTING COURT TO REMOVE LAST TWO PAGES OF EXHIBIT B
OF COMPLAINT AND DEMAND FOR JURY TRIAL**

On November 1, 2004, General Sports Turf, LLC filed a Complaint and Demand for Jury Trial with this Court.

It has come to the attention of counsel that unrelated and confidential information was inadvertently attached to Exhibit B of the Complaint. Counsel asks this Court to remove the last two pages of Exhibit B and strike them from the record because they are unrelated to this matter and contain confidential information. The pages are identified as (a) "Exhibit A" and (b) a facsimile confirmation of a letter dated October 11, 2004. These two pages relate to other

matters and do not relate in any way to the Complaint or presently filed action. Indeed, disclosure of this information may cause harm to the individual to whom the letter is addressed and/or the entity for whom this information was prepared.

Accordingly, counsel for General Sports Turf, LLC respectfully requests that this Court grant its Motion to Remove Last Two Pages of Exhibit B of Plaintiff's Complaint and enter the proposed Order submitted herewith.

Counsel for Plaintiff states that as this Complaint has not yet been served, it cannot seek the concurrence of counsel for Defendant pursuant to Local Rule 7.1, as the identity of Defendant's counsel is unknown at this time.

Respectfully submitted,

**ARTZ & ARTZ P.C.**

By:   s/John S. Artz
      John S. Artz  (P 48578)
      Steven W. Hays (P 53786)
      John A. Artz (P 24679)
      Robert P. Renke (P 59030)
      28333 Telegraph Road, Suite 250
      Southfield, MI  48034
      (248) 223-9500

Dated:  November 5, 2004

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GENERAL SPORTS TURF, LLC,           ) | |
|                                       ) | |
|     Plaintiff,           ) | |
|                                       ) | **Civil Action No.: 04-60241** |
| v.           ) | Honorable Marianne O. Battani |
|                                       ) | Magistrate Judge R. Steven Whalen |
| FIELDTURF INTERNATIONAL, INC., and  ) | |
| FIELDTURF, INC.,           ) | |
|                                       ) | |
|     Defendants.           ) | |
| _____ ) | |

John A. Artz (P 24679)
John S. Artz (P 48578)
Steven W. Hays (P 53786)
**ARTZ & ARTZ P.C.**
28333 Telegraph Road, Suite 250
Southfield, MI 48034
(248) 223-9500

*Attorneys for Plaintiff*
_____/

### [PROPOSED] ORDER TO REMOVE LAST TWO PAGES OF EXHIBIT B
### OF COMPLAINT AND DEMAND FOR JURY TRIAL

Upon the reading and filing of the Motion To Remove Last Two Pages of Exhibit B of General Sports Turf, LLC's Complaint, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that last two pages of Exhibit B attached to General Sports Turf, LLC's Complaint be removed and stricken from the record.

                                                                             _____
                                                                             Honorable Marianne O. Battani
                                                                             U. S. District Judge

Dated: