

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL SPORTS TURF, LLC,

    Plaintiff,

v.

FIELDTURF INTERNATIONAL, INC. and
FILEDTURF, INC.,

    Defendants.
_____/

Case No. 04-60241
HON. MARIANNE O. BATTANI

### ORDER TO SHOW CAUSE

Before the Court is Plaintiff's Complaint, filed on November 1, 2004. The Court hereby **ORDERS** Plaintiff to **SHOW CAUSE** that this suit is appropriately filed in this venue when an identical suit has already been initiated by Defendants in the United States District Court for the Northern District of Illinois, Eastern Division. In addition, Plaintiff is instructed to address specifically why it initiated this parallel proceeding before seeking a transfer of venue in the first suit. **Plaintiff is to respond in writing within seven (7) days of receipt of this order.**

IT IS SO ORDERED.

                                           _____
                                           MARIANNE O. BATTANI
                                           UNITED STATES DISTRICT JUDGE

DATED: November 2, 2004

## CERTIFICATE OF SERVICE

Copies of this Order were mailed to John A. Artz and Jody L. Factor on this date by ordinary mail.

_____
DEPUTY CLERK